Opinion filed July 29,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-09-00364-CV

                                                    __________

 

                                        KAY
M. PRICE, Appellant

 

                                                             V.

 

                       CARMIE
M. MOORE, INDIVIDUALLY AND 

                NOMINALLY
ON BEHALF OF K-CARM, INC., Appellee



 

                                   On
Appeal from the 70th District Court

 

                                                             Ector
County, Texas

 

                                                  Trial
Court Cause No. A-128,494

 



 

                                            M E M O R A N
D U M   O P I N I O N

 

            Kay
M. Price has filed in this court a motion to dismiss her appeal.  The motion is
granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM

July 29, 2010

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.